| | |
|---|---|
| 1 | James M. Wood (State Bar No. 58679) |
| 2 | Colleen T. Davies (State Bar No. 111371)<br>Nadia M. Bishop (State Bar No. 182995) |
| 3 | REED SMITH LLP<br>1999 Harrison Street, Suite 2400<br>Oakland, CA 94612-3572 |
| 4 | Email: jmwood@reedsmith.com |
| 5 | cdavies@reedsmith.com<br>nbishop@reedsmith.com |
| 6 | **Mailing Address:** |
| 7 | P.O. Box 2084<br>Oakland, CA 94604-2084 |
| 8 | Telephone: 510.763.2000 |
| 9 | Facsimile: 510.273.8832 |
| 10 | Attorneys for Defendant<br>Eli Lilly and Company, a corporation |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE DIXON, ET AL., | No.: C 06 1644 SI |
| Plaintiffs, | Before the Honorable Susan Illston |
| vs. | **[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |
| ELI LILLY AND COMPANY, | |
| Defendant. | Conference Date: June 30, 2006<br>Conference Time: 2:00 p.m.<br>Location: Courtroom 10, 19th Fl. |

No.: C 06 1644 SI — 1 —

DOCSOAK-9826371.1

For the reasons set forth in the Joint Case Management Conference Statement, the Court hereby vacates, or continues the June 30, 2006, Case Management Conference ("CMC") to __10/27/06__, at __2 p.m.__, by which time this case will likely have been transferred to the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation. ~~In the event this case is not transferred to the MDL far enough in advance of the new CMC~~ date, the parties shall file a Joint CMC Statement at least 5 court days before the new CMC date.

IT IS SO ORDERED

DATED: _____.

_____
The Honorable Susan Illston